Bron E. D'Angelo, Esq., SBN 246819
Rebecca N. Herman, Esq., SBN 257071
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Boulevard, Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com
rherman@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA VANDERBILT,<br><br>Plaintiff,<br><br>v.<br><br>WALMART STORES, INC.<br><br>Defendants. | CASE NO.: 2:17-CV-04291 JFW (RAOx)<br><br>**DISCOVERY MATTER: ORDER RE STIPULATION RE PROTECTIVE ORDER**<br><br>Courtroom: 7A<br>District Judge: Hon. John F. Walter<br>Magistrate Judge: Hon. Rozella A. Oliver<br>Complaint Filed: November 04, 2016<br>Trial Date: March 6, 2018 |

## ORDER ON STIPULATION

Base on the parties' stipulation and good cause appearing, the Court hereby ENTERS the Protective Order "with the exception of Paragraph 5 which is stricken."

**IT IS SO ORDERED.**

Dated: October 16, 2017  _____
The Honorable Rozella A. Oliver
United States Magistrate Judge

1

STIPULATION RE PROTECTIVE ORDER
CASE NO. 2:17-CV-04291 JFW (RAOx)